11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

J3B, Inc. and
John R. Servis 

Appellants

Vs.                   No.
11-02-00044-CV B
Appeal from Harris County

Turner Adreac,
L.C. et al

Appellees

 

Appellants
have filed in this court a withdrawal of their notice of appeal.  The withdrawal is granted, and the appeal is
dismissed.  TEX.R.APP.P. 42.1.

 

PER CURIAM

 

January 31, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.